■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Liston Coon, J.), rendered on April 3, 1975, unanimously affirmed. Appellant's motions for an extension of time to file a reply brief, and for other relief, denied. No opinion. Concur—Sandler, J. P., Carro, Asch, Rosenberger and Ellerin, JJ.

■ JEWS FOR JESUS, Respondent, v CITY OF NEW YORK TAX COMMISSION et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Alvin Klein, J.), entered on May 13, 1986, unanimously affirmed, without costs and without disbursements. Motion by petitioner-respondent for leave to enlarge the record on appeal to include certain material denied. No opinion. Concur—Sandler, J. P., Carro, Asch and Ellerin, JJ.

■ SCHWAB & SCHWAB, Respondent, v SUPERMARKETS GENERAL CORPORATION et al., Appellants.—Order, Supreme Court, New York County (Kenneth Shorter, J.), entered on or about March 7, 1986, unanimously affirmed for the reasons stated by Kenneth Shorter, J. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Carro, Asch, Rosenberger and Ellerin, JJ.

■ In the Matter of NANCY SPINELLI, Appellant, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County (Francis Pecora, J.), entered on August 15, 1986, unanimously affirmed for the reasons stated by Francis Pecora, J., without costs and without disbursements. Concur—Sandler, J. P., Carro, Asch, Rosenberger and Ellerin, JJ.